Eastern District of Kentucky
**F I L E D**

MAY 2 6 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:22-cr-36-CHB

LARRY MARRIONEAUX and
CLEVELAND BENNETT

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

On or about a date in March 2019, the exact date unknown, and continuing through on or about May 2, 2022, in Perry and Fayette Counties, in the Eastern District of Kentucky, and elsewhere,

**LARRY MARRIONEAUX and
CLEVELAND BENNETT**

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 1, 2022, in Perry County, in the Eastern District of Kentucky,

**CLEVELAND BENNETT**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about March 3, 2022, in Perry County, in the Eastern District of Kentucky,

**CLEVELAND BENNETT**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about March 10, 2022, in Perry County, in the Eastern District of Kentucky,

**CLEVELAND BENNETT**

did knowingly and intentionally possess with the intent to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. §841(a)(1).

## COUNT 5
### 18 U.S.C. § 924(c)(1)(A)

On or about March 10, 2022, in Perry County, in the Eastern District of Kentucky,

**CLEVELAND BENNETT**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 4, that is, possession with the intent to distribute a quantity of pills containing oxycodone, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about May 2, 2022, in Fayette County, in the Eastern District of Kentucky,

**LARRY MARRIONEAUX**

did knowingly and intentionally possess with the intent to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. §841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offense alleged in Counts 5 of this Indictment, the below-listed firearms are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

In committing the offenses alleged in Counts 1, 2, 3, 4, and, 6 of this Indictment, the same being punishable by imprisonment for more than one year **CLEVELAND BENNETT** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the

commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following property seized from **CLEVELAND BENNETT**:

### UNITED STATES CURRENCY:

1. $53,573.00 in United States currency;
2. $30,012.60 in United States currency; and
3. $5,514.06 in United States currency

### FIREARM AND AMMUNITION:

1. High Point, C9, 9mm caliber pistol with serial number P1431168;
2. Smith and Wesson, SW990L, 9mm caliber pistol with serial number SAE9859;
3. Smith and Wesson, .22 caliber pistol with serial number 24514;
4. F.M.J. Derringer, .45 caliber pistol with serial number C00028121;
5. Marlin, Model 60, .22 caliber rifle, with serial number 91472969; and
6. Winchester, Model 94, 30-30 caliber rifle with serial number 3230075

### VEHICLES:

1. 2017 Dodge Ram Truck, Maroon in Color, with VIN 3C6TR5EJ3HG500105; and Registration Number: A8D647; and
2. 2017 Dodge Challenger, Maroon in Color, with VIN 2C3CDZFJ8HH633847; and Registration Number: AHM-423.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **CLEVELAND BENNETT** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

A TRUE BILL

███████████████

FOREPERSON

*[signature]*
_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1, 2, 3, 4 & 6

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 5

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of listed items.

**PLUS:**   Restitution, if applicable.